UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR120-016 |
| ) | |
| RODRIQUEZ DEMONTAY GERMANY ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Samuel J. Adams** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Samuel J. Adams** be granted leave of absence for the following periods: April 2, 2021 through April 5, 2021 and April 12, 2021 through April 26, 2021.

**SO ORDERED**, this the 25th day of March, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA